Paul Schiever, appellee, v. Hermann P. Haase, appellant. Gen. No. 35,600.

Opinion filed June 15, 1932.
Hermann P. Haase, pro se. No appearance for appellee.
Mr. Presiding Justice Hebel delivered the opinion of the court.